UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERISURE MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.

Case No. 24-cv-12218
Hon. Matthew F. Leitman

CANVAS HOLDCO, LLC, *et al.*,

    Defendants.
_____/

## ORDER STAYING ALL ADDITIONAL FILINGS UNTIL AFTER COURT RULES ON MOTION TO REMAND (ECF No. 33)

On August 21, 2024, Plaintiff Amerisure Mutual Insurance Company filed a Complaint against the Defendants in the Oakland County Circuit Court. (*See* Compl., ECF No. 1, PageID.9-30.) Amerisure seeks declaratory relief to resolve questions "relating to the proper allocation of responsibility under certain contracts of insurance providing general commercial liability" in nationwide asbestos bodily injury lawsuits. (*Id.* at ¶ 1, PageID.10.) It has named as Defendants Canvas Holdco, LLC, Canvas CT, LLC, Canvas SX, LLC, Canvas MW, LLC, SPX Technologies, Inc., and Watts Regulator Co. (collectively, the "Canvas Defendants"); and Continental Casualty Company and Columbia Casualty Company (collectively, the "CNA Defendants").

1

Now pending before the Court is a motion to remand to the Oakland County Circuit Court that the Canvas Defendants have filed. (*See* Mot., ECF No. 33.)  The Court has not yet ruled on that motion.  In addition, on February 10, 2025, Amerisure filed a motion to dismiss Defendant Canvas SX, LLC's counterclaim. (*See* Mot., ECF No. 54.)

In the interest of judicial efficiency, the Court will proceed in phases.  It will first rule on the motion to remand.  Then, if necessary, it will turn to any other motions that the parties may wish to file.  Accordingly, the Court **STAYS** all additional filings – including Canvas SX, LLC's response to Amerisure's motion to dismiss – until 21 days after the Court rules on the motion to remand.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126